IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EUGENE JEROME HOWARD, JR., <br><br> Plaintiff <br><br> VS. <br><br> WILLIAM TERRY, JOSEPH FELTON, THOMAS DYKES, DONALD WARE, <br><br> Defendants | NO. 5:08-CV-201 (CAR) <br><br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION

Plaintiff **EUGENE JEROME HOWARD, JR.** has filed a MOTION FOR DECLARATORY RELIEF. Tab #4. In this motion, plaintiff requests "the courts to not allow qualified immunity as an allowable defense because defendants' actions violated the plaintiff's eighth amendment [rights]."

At this stage in the litigation, the defendants have not had the opportunity to respond to plaintiff's allegations. Qualified immunity is an affirmative defense that the defendant(s) may, or may not, assert. If any named defendant does assert such a defense, the Court will, at the appropriate time, determine if the defense if valid. However, at this juncture, any ruling or action on the Court's part regarding qualified immunity would be premature.

Plaintiff also requests "the courts to place a restraining relocating order within the department of corrections on the defendants." Injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. ***Cunningham v. Adams***, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. ***Cate v. Oldham***, 707 F.2d 1176, 1185 (11th Cir. 1983).

After a careful review of plaintiff's request for relief in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order. Accordingly, it is **RECOMMENDED** that plaintiff's Motion for Declaratory Relief be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy of this order.

**SO ORDERED**, this 21st day of JULY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE