## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

EUGENE JEROME HOWARD, JR.,          :
                                :
     Plaintiff,          :          Civil Action
                                :          No. 5:08-cv-201 (CAR)
v.                                   :
                                :
WILLIAM TERRY, JOSEPH FELTON,  :
THOMAS DYKES, DONALD WARE,     :
                                :
     Defendants.          :

_____

### *ORDER ON THE REPORT AND RECOMMENDATION*
### *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court are two Recommendations from the United States Magistrate Judge in this case. In the first (Doc. 10), it is recommended that Plaintiff's Motion for Declaratory Judgment be denied. In the second (Doc. 11), it is recommended that Plaintiff's claims against Defendants Terry, Dykes, and Ware be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has entered no objection to the Recommendations. Having considered the matter, the Court agrees with the Recommendation. Accordingly, both Recommendations are **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. In accordance with the Recommendations, it is ordered that Plaintiff's Motion for Declaratory Judgment (Doc. 4) is **DENIED** and Plaintiff's claims against William Terry, Thomas Dykes, and Donald Ware are **DISMISSED**, with prejudice.

     **SO ORDERED**, this 3rd day of December, 2008.

                S/ C. Ashley Royal
                C. ASHLEY ROYAL
                UNITED STATES DISTRICT JUDGE

chw